> This is not the official court record. Official records of court proceedings may only be
> obtained directly from the court maintaining a particular record.

## Mark Dojkic, Debra Dojkic v. AXA Insurance Company

| | |
|---|---|
| Case Number | 49D04-2011-CT-039640 |
| Court | Marion Superior Court, Civil Division 4 |
| Type | CT - Civil Tort |
| Filed | 11/09/2020 |
| Status | 11/09/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  AXA Insurance Company

Address      150 West Market Street, Suite 800
Indianapolis, IN 46204

**Defendant**  Indian Harbor Insurance Company

Attorney      Leslie B Pollie
*#2571649, Retained*

Kopka Pinkus Dolin PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
317-818-1360(W)

**Plaintiff**   Dojkic, Mark

Address      50 S. Meridian St., Suite 600
Indianapolis, IN 46204

Attorney      Reid Alan Nahmias
*#3078529, Retained*

50 S Meridian ST
STE 600
Indianapolis, IN 46204
317-636-0808(W)

**Plaintiff**   Dojkic, Debra

Address      50 S. Meridian St., Suite 600
Indianapolis, IN 46204

Attorney      Reid Alan Nahmias
*#3078529, Retained*

50 S Meridian ST
STE 600
Indianapolis, IN 46204
317-636-0808(W)

## Chronological Case Summary

11/09/2020   **Case Opened as a New Filing**

# Exhibit A

---

**11/09/2020**   **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Dojkic, Mark |
| Filed By: | Dojkic, Debra |
| File Stamp: | 11/09/2020 |

---

**11/09/2020**   **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | Dojkic, Mark |
| For Party: | Dojkic, Debra |
| File Stamp: | 11/09/2020 |

---

**11/09/2020**   **Subpoena/Summons Filed**
Summons

| | |
|---|---|
| Filed By: | Dojkic, Mark |
| Filed By: | Dojkic, Debra |
| File Stamp: | 11/09/2020 |

---

**11/09/2020**   **Certificate of Issuance of Summons**
Certificate of Issuance of Summons

| | |
|---|---|
| Filed By: | Dojkic, Mark |
| Filed By: | Dojkic, Debra |
| File Stamp: | 11/09/2020 |

---

**11/16/2020**   **Service Returned Served (E-Filing)**
Return of Service.pdf

Green Card - AXA Ins. Co..pdf
Return of Service

| | |
|---|---|
| Filed By: | Dojkic, Mark |
| Filed By: | Dojkic, Debra |
| File Stamp: | 11/16/2020 |

---

**11/17/2020**   **Motion Filed**
Motion to Amend Changing the Party Against Whom Claim is Asserted.pdf

Exhibit A- Email from Defense Atty.pdf

Exhibit B- Amended COMPLAINT.pdf
Motion to Amend Complaint to Chang the Party Against Whom Claim is Asserted Pursuant to Trial Rule 15(C)

| | |
|---|---|
| Filed By: | Dojkic, Mark |
| File Stamp: | 11/16/2020 |

---

**11/30/2020**   **Order Granting**
Order Granting Motion to Amend Complaint to Change the Party Against Whom Claims is Asserted Pursuant to Trial Rule 15(C)

| | |
|---|---|
| Judicial Officer: | Ayers, Cynthia J |
| Order Signed: | 11/30/2020 |

---

**12/01/2020**   **Automated Paper Notice Issued to Parties**
Order Granting ---- 11/30/2020 : AXA Insurance Company

---

**12/01/2020**   **Automated ENotice Issued to Parties**
Order Granting ---- 11/30/2020 : Reid Alan Nahmias

---

---

| 12/01/2020 | **Subpoena/Summons Filed** |
| | Summons |
| | Filed By: | Dojkic, Mark |
| | Filed By: | Dojkic, Debra |
| | File Stamp: | 12/01/2020 |

---

| 12/01/2020 | **Appearance Filed** |
| | Appearance on behalf of Indian Harbor |
| | For Party: | Indian Harbor Insurance Company |
| | File Stamp: | 12/01/2020 |

---

| 12/01/2020 | **Notice Filed** |
| | Automatic Enlargement |
| | Filed By: | Indian Harbor Insurance Company |
| | File Stamp: | 12/01/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Dojkic, Mark**
Plaintiff

Balance Due (as of 12/31/2020)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/09/2020 | Transaction Assessment | 157.00 |
| 11/09/2020 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

STATE OF INDIANA       )      IN THE MARION COUNTY SUPERIOR COURT
                              ) SS:
COUNTY OF MARION     )      CAUSE NO.

MARK DOJKIC and           )
DEBRA DOJKIC,             )
                           )
      Plaintiffs,          )
                           )
vs.                          )
                           )
AXA INSURANCE COMPANY    )
                           )
      Defendant.        )

## COMPLAINT FOR DAMAGES

The Plaintiffs, by counsel, for their Complaint for Damages against the Defendant, states the following:

1.      At all times relevant to this action the Plaintiffs, Mark and Debra Dojkic, were residents of Indianapolis, Marion County, Indiana.

2.      Defendant AXA Insurance Company of Indiana (hereinafter "AXA") is a corporation having its principal place of business in Marion County, Indiana and at all times relevant provided insurance coverage for Mark Dojkic as well as the automobile which Mark was driving.

3.      On or about April 1, 2019, Mark was the driver of a motor vehicle traveling southbound on Graham Road in Indianapolis, Marion County, Indiana.

4.      At said time and place John A. Trump was operating a motor vehicle northbound on Graham Road Street; Mr. Trump negligently attempted to make a left hand turn onto Commerce Parkway West Drive, striking Mark's vehicle and causing serious injury to him.

5.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Mark suffered personal injury resulting in pain and suffering and his injuries may be permanent in nature.

6.      In order to treat these injuries, Mark was required to engage the services of hospitals and medical practitioners and incurred medical expenses; he may continue to incur medical expenses for care in the future, all as a direct and proximate result of the negligence of John A. Trump.

7.      As a proximate result of his injuries, Mark has missed work and may miss work in the future.

8.      At the time of the incident Mark and Debra Dojkic were husband and wife; as a result of Mark's injuries, Debra lost the legal services of her husband.

9.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Plaintiffs have been damaged.

10.     At all times pertinent, John A. Trump was insured by Allstate Insurance Company (herein "Allstate") with liability limits of $50,000.

11.     At the time of the incident, Plaintiffs and their vehicle were insured by AXA under several Policies, including but not limited to Policy numbers: RAD5000562, RAD5000549, and RAD5000610, which provided underinsurance coverage and other benefits (hereinafter "Contract for Insurance").

12.     On or about December 18, 2019, Allstate tendered an offer to settle Plaintiffs claims against their insured, John A. Trump, for its policy limits which Plaintiffs accepted in exchange for a release of liability as approved by AXA Insurance Company and/or their agents.

2

13.     The value of Plaintiffs personal injury and damages caused as a result of John A. Trump's negligence exceeds the sum of $50,000.

14.     At the time of the accident, John A. Trump was an underinsured motorist; and, therefore, AXA's underinsurance and other coverages, including medical payments coverage, are hereby claimed by Plaintiffs.

15.     AXA Insurance Company is liable for the Plaintiffs' damages under the terms and conditions of the Contract for Insurance.

WHEREFORE, Plaintiffs prays for judgment against the Defendant, AXA Insurance Company, in an amount commensurate with the evidence of their damages, costs of this action and all other relief proper in the premises.

Respectfully Submitted,

HURST LIMONTES, LLC

/s/ Reid A. Nahmias
Reid A. Nahmias (#30785-29)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
RNahmias@billhurst.com
Attorneys for Plaintiffs

HURST LIMONTES, LLC

/s/ Alexander J. Limontes
Alexander J. Limontes (#27226-49)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
ALimontes@billhurst.com
Attorneys for Plaintiffs

3

Case 1:21-cv-00010-JRS-MPB   Document 1-1   Filed 11/09/21   Page 7 of 36 PageID #: 170   Filed: 11/9/2020 12:28 PM
Clerk
Marion County, Indiana

49D04-2011-CT-039640
Marion Superior Court, Civil Division 4

STATE OF INDIANA          )        IN THE MARION COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )        CAUSE NO.


MARK DOJKIC and                    )
DEBRA DOJKIC,                      )
                                   )
      Plaintiffs,            )
                                   )
vs.                                )
                                   )
AXA INSURANCE COMPANY              )
                                   )
      Defendant.             )

## APPEARANCE OF REID NAHMIAS and ALEXANDER J. LIMONTES


**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating __X__        Responding _____        Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  _Mark Dojkic and Debra Dojkic_____

   Address of party  *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   50 South Meridian Street, Suite 600, Indianapolis, IN 46204_____

   Telephone # of party 317-636-0808_____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorneys information for service as required by Trial Rule 5(B)(2)

   Name: Reid A. Nahmias_____ Atty Number: 30785-29_____

   Name: Alexander J. Limontes_____ Atty Number: 27226-49_____

   Address: 50 S. Meridian St., Suite 600, Indianapolis, IN 46204_____

   _____

   Phone: (317) 636-0808_____

FAX: <u>(317) 633-7680</u>

Email Address: <u>Rnahmias@billhurst.com</u>

Email Address: <u>Alimontes@billhurst.com</u>

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a ___CT___ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No ___X___ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No ___X___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____    Attorney's address

_____    The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____    Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____ No __X___

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

      _____

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:

      (i)  Date of Birth _____

      (ii)  Driver's License Number _____

         State where issued _____ Expiration date _____

      (iii) State ID number _____

         State where issued _____ Expiration date _____

      (iv) FBI number _____

      (v)  Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.  There are related cases: Yes _____ No __X___ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes _____ No_____ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes___ No _X_

                    /s/ Reid Nahmias_____
                    Reid A. Nahmias
                    (Attorney information shown above.)

STATE OF INDIANA ) IN THE MARION COUNTY SUPERIOR COURT
) SS:
COUNTY OF MARION ) CAUSE NO.

MARK DOJKIC and )
DEBRA DOJKIC, )
)
     Plaintiffs, )
)
vs. )
)
AXA INSURANCE COMPANY )
)
    Defendant. )

**TO DEFENDANT:** **AXA Insurance Company**
c/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as Plaintiffs and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

    If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated    11/9/2020           _Myla A. Eldridge_       (Seal)
                                    Clerk, Marion County Court

      **(The following manner of service of Summons is hereby designated.)**

_XX_ Registered or certified mail.
_____ Service at place of employment, to-wit: _____
_____ Service on individual - (Personal) at above address
_____ Service on agent. (Specify) _____
_____ Other service. (Specify) _____

Reid A. Nahmias (#30785-29)
Alexander J. Limontes (#27226-49)
HURST LIMONTES, LLC
50 South Meridian Street, Suite 600
Indianapolis, Indiana 46204
317-636-0808 FAX: 317-633-7680

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served this Summons on the _____ day of _____, 20___:

(1)  By delivering a copy of the Summons and a copy of the Complaint to the Defendant at the above address.

(2)  By leaving a copy of the Summons and a copy of the Complaint at the above address;

(3)  Other Service or Remarks:_____

_____

_____          _____
Sheriff's Costs                                                    Sheriff

                            By:  _____
                                     Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 20___ I mailed a copy of this Summons and a copy of the Complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Defendant.

Dated:  _____          _____
                                                                 Clerk, Marion County Court

                            By:  _____
                                     Deputy

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____, was accepted by _____, on behalf of said Defendant, on the _____ day of _____, 20___.

Dated:  _____          _____
                                                                 Clerk, Marion County Court

                            By:  _____
                                     Deputy

STATE OF INDIANA     )     IN THE MARION COUNTY SUPERIOR COURT
                  ) SS:
COUNTY OF MARION    )     CAUSE NO. 49D04-2011-CT-039640

MARK DOJKIC and         )
DEBRA DOJKIC,          )
                    )
     Plaintiffs,       )
                    )
vs.                    )
                    )
AXA INSURANCE COMPANY   )
                    )
     Defendant.      )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I, Reid Nahmias, Attorney for the Plaintiffs, do hereby certify that on the 9th day of November, 2020, I sent, by certified mail, a file-stamped copy of the Complaint and Summons for this case to each of the following defendants:

Party Served:  AXA Insurance Company

Method of Service: Certified Mail

Address of Party:  CT Corporation System, Registered Agent

150 West Market Street, Suite 800

Indianapolis, IN 46204

Tracking/Identification Number: 7018 0680 0000 8806 3568

/s/ Reid Nahmias
Reid A. Nahmias, #30785-29
HURST LIMONTES, LLC
50 S. Meridian St., Suite 600
Indianapolis, IN 46204
(317) 636-0808
Rnahmias@billhurst.com

STATE OF INDIANA          )          IN THE MARION COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO. 49D04-2011-CT-039640


MARK DOJKIC and                    )
DEBRA DOJKIC,                      )
                                   )
      Plaintiffs,                 )
                                   )
vs.                                )
                                   )
AXA INSURANCE COMPANY              )
                                   )
      Defendant.                  )

## RETURN OF SERVICE FOR DEFENDANT

Attached is the Return of Service for AXA Insurance Company.


                        HURST LIMONTES, LLC

                        /s/ Reid Nahmias
                        Reid A. Nahmias (#30785-29)
                        50 South Meridian Street, Suite 600
                        Indianapolis, IN 46244
                        317-636-0808 phone
                        317-633-7680 fax
                        Attorney for Plaintiffs
                        Rnahmias@billhurst.com



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AXA Insurance Company
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

9590 9402 5356 9189 1659 43

2. Article Number *(Transfer from service label)*

7018 0680 0000 8806 3568

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

NOV 12 20

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 5356 9189 1659 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

INDIANAPOLIS IN 460

12 NOV 2020 PM   1 L

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**HURST LIMONTES, LLC**
Indiana Injury Lawyers

50 South Meridian Street, Suite 600
Indianapolis, IN 46204

RN-Drjkic Senica

STATE OF INDIANA   )        IN THE MARION COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF MARION   )        CAUSE NO. 49D04-2011-CT-039640


MARK DOJKIC and              )
DEBRA DOJKIC,                )
                             )
     Plaintiffs,          )
                             )
vs.                          )
                             )
AXA INSURANCE COMPANY        )
                             )
     Defendant.           )


### <u>Motion to Amend Complaint to Chang the Party Against Whom<br>Claim is Asserted Pursuant to Trial Rule 15(C)</u>


     COMES now the Plaintiffs, Mark and Deborah Dojkic, by counsel, and respectfully moves the court to amend their Complaint to change the party against whom the claim is asserted from AXA Insurance Company to now read as Indiana Harbor Insurance Company. In support thereof of said Motion, Plaintiff would state as follows:

1. The present cause of action is based on an injury and trauma matter occurring on April 1, 2019.

2. Plaintiff instituted the cause of action against the Defendant on November 9, 2020.

3. Plaintiff properly described the Defendant and its relation to the Plaintiff as "a corporation having its principal place of business in Marion County, Indiana and at all times relevant provided insurance coverage for Mark Dojkic as well as the automobile which Mark was driving" (Plaintiffs Complaint ¶ 2).

4. Summons and a copy of the Complaint were sent to the registered agent of AXA Insurance Company, CT Corporation System, at 334 North Senate Ave,  INDIANAPOLIS IN, 46204-1708, by Plaintiff's counsel via USPS Certified Mail return receipt requested which was delivered on November 12, 2020 (See previously filed Return of Service).

5. A Copy of the Complaint was also sent to the insurance company adjuster at Constitution State Services TPA Indian Harbor Insurance Company.

6. Plaintiff's counsel received an e-mail correspondence from Attorney Leslie Pollie, the attorney hired to represent Defendant in this case.

7. Attorney Pollie stated that the Summons and Complaint improperly named Defendant, according to her the proper name was Indian Harbor (Attached Exhibit A- Email from Defense Counsel).

8. According to Indiana Trial Rule 15(C): "*Whenever the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading, the amendment relates back to the date of the original pleading. An amendment changing the party against whom a claim is asserted relates back if the foregoing provision is satisfied and, within one hundred and twenty (120) days of commencement of the action, the party to be brought in by amendment: (1) has received such notice of the institution of the action that he will not be prejudiced in maintaining his defense on the merits; and (2) knew or should have known that but for a mistake concerning the identity of the proper party, the action would have been brought against him.*"

2

9.  The claim in the Amended Complaint arose out of the conduct, transaction, or occurrence set forth in the original complaint.

10. Within 120 days after the commencement of the action, the owner of the party to be brought into the action, Indian Harbor, received notice of the institution of the action and thus will not be prejudiced in maintaining a defense on the merits.

11. Within 120 days after commencement of the action Indian Harbor Insurance Company, knew or should have known that if not for a mistake concerning the identity of the proper party, the action would have been brought against Indian Harbor Insurance Company.

12. Plaintiff asks the court to amend the Complaint and change the party against whom the claim is asserted to Indian Harbor Insurance Company (Attached Exhibit B- Amended Complaint).

WHEREFORE, Plaintiff respectfully requests that the Court amend the Complaint for Damages and change the party against whom the claim is asserted and for all other proper relief.

Respectfully Submitted,

/s/ Reid Nahmias
Reid A. Nahmias (#30785-29
Hurst Limontes, LLC.
50 South Meridian Street, Suite 600
Indianapolis, IN 46204
317-636-0808/FAX: 317-633-7680
Attorney for Plaintiff(s)

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 11/16/2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's System.

> Leslie B. Pollie
> Kopka Pinkus Dolin PC
> 550 Congressional Blvd.,
> Suite 310
> Carmel, IN 46032
> lbpollie@kopkalaw.com

> /s/ Reid Nahmias_____
> Reid A. Nahmias (#30785-29)
> Attorneys for Plaintiff(s)
> **Hurst Limontes, LLC**
> 50 South Meridian Street, Suite 600
> Indianapolis, IN 46204 (317) 636-0808

4

## Reid Nahmias

| | |
|---|---|
| **From:** | Leslie B. Pollie <lbpollie@kopkalaw.com> |
| **Sent:** | Monday, November 16, 2020 3:33 PM |
| **To:** | Reid Nahmias; Alex Limontes |
| **Cc:** | Carol M. Semotuk |
| **Subject:** | Dojkic v. AXA XL |

Good afternoon, Gentlemen, I hope this e-mail finds you both well.  I have been retained to represent the defendant in this case and have been informed that the applicable policy was underwritten by Indian Harbor rather than AXA XL.  The most efficient way to correct this issue is probably to file a Motion to Amend the Complaint to name the proper defendant, but I will leave that up to your judgment.  I will enter my Appearance on behalf of AXA XL tomorrow along with a Motion for Enlargement of Time to Answer.  I look forward to working with you both!

Thanks,
Leslie

**Leslie B. Pollie** | Managing Partner/Shareholder



550 Congressional Blvd., Suite 310
Carmel, IN 46032
**T:** 317.818.1360 | **F:** 317.818.1390
**Direct:** 317.814.4049 | **Cell:** 317.508.0470

**Offices in Illinois, Indiana, Michigan, Kentucky and Wisconsin**

website | vCard | LinkedIn | map | email

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.

STATE OF INDIANA    )    IN THE MARION COUNTY SUPERIOR COURT
) SS:
COUNTY OF MARION    )    CAUSE NO. 49D04-2011-CT-039640

MARK DOJKIC and       )
DEBRA DOJKIC,        )
                        )
     Plaintiffs,          )
                        )
vs.                     )
                        )
INDIAN HARBOR INSURANCE   )
COMPANY            )
                        )
     Defendant.         )

## **AMENDED COMPLAINT FOR DAMAGES**

      The Plaintiffs, by counsel, for their Complaint for Damages against the Defendant, states the following:

      1.     At all times relevant to this action the Plaintiffs, Mark and Debra Dojkic, were residents of Indianapolis, Marion County, Indiana.

      2.     Defendant Indian Harbor Insurance Company (herein "Indian Harbor") is a corporation having its principal place of business in Marion County, Indiana and at all times relevant provided insurance coverage for Mark Dojkic as well as the automobile which Mark was driving.

      3.     On or about April 1, 2019, Mark was the driver of a motor vehicle traveling southbound on Graham Road in Indianapolis, Marion County, Indiana.

      4.     At said time and place John A. Trump was operating a motor vehicle northbound on Graham Road Street; Mr. Trump negligently attempted to make a left hand turn onto Commerce Parkway West Drive, striking Mark's vehicle and causing serious injury to him.

5.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Mark suffered personal injury resulting in pain and suffering and his injuries may be permanent in nature.

6.      In order to treat these injuries, Mark was required to engage the services of hospitals and medical practitioners and incurred medical expenses; he may continue to incur medical expenses for care in the future, all as a direct and proximate result of the negligence of John A. Trump.

7.      As a proximate result of his injuries, Mark has missed work and may miss work in the future.

8.      At the time of the incident Mark and Debra Dojkic were husband and wife; as a result of Mark's injuries, Debra lost the legal services of her husband.

9.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Plaintiffs have been damaged.

10.      At all times pertinent, John A. Trump was insured by Allstate Insurance Company (herein "Allstate") with liability limits of $50,000.

11.      At the time of the incident, Plaintiffs and their vehicle were insured by Indian Harbor under several Policies, including but not limited to Policy numbers: RAD5000562, RAD5000549, and RAD5000610, which provided underinsurance coverage and other benefits (hereinafter "Contract for Insurance").

12.      On or about December 18, 2019, Allstate tendered an offer to settle Plaintiffs claims against their insured, John A. Trump, for its policy limits which Plaintiffs accepted in exchange for a release of liability as approved by Indian Harbor and/or their agents.

13.     The value of Plaintiffs personal injury and damages caused as a result of John A. Trump's negligence exceeds the sum of $50,000.

14.     At the time of the accident, John A. Trump was an underinsured motorist; and, therefore, Indian Harbor's underinsurance and other coverages, including medical payments coverage, are hereby claimed by Plaintiffs.

15.     Indian Harbor is liable for the Plaintiffs' damages under the terms and conditions of the Contract for Insurance.

WHEREFORE, Plaintiffs prays for judgment against the Defendant, Indian Harbor, in an amount commensurate with the evidence of their damages, costs of this action and all other relief proper in the premises.

Respectfully Submitted,

HURST LIMONTES, LLC

/s/ Reid A. Nahmias
Reid A. Nahmias (#30785-29)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
RNahmias@billhurst.com
Attorneys for Plaintiffs


HURST LIMONTES, LLC

/s/ Alexander J. Limontes
Alexander J. Limontes (#27226-49)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
ALimontes@billhurst.com
Attorneys for Plaintiffs

3

F I L E D
November 30, 2020
CLERK OF THE COURT
MARION COUNTY
CF

STATE OF INDIANA   )        IN THE MARION COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF MARION   )        CAUSE NO. 49D04-2011-CT-039640


MARK DOJKIC and              )
DEBRA DOJKIC,                )
                             )
    Plaintiffs,         )
                             )
vs.                          )
                             )
INDIAN HARBOR INSURANCE      )
COMPANY                      )
                             )
    Defendant.          )


## ORDER GRANTING MOTION TO AMEND COMPLAINT TO CHANGE THE PARTY AGAINST WHOM CLAIM IS ASSERTED PURSUANT TO TRIAL RULE 15(C)

      Plaintiffs, Mark and Debora Dojkic, by counsel, having filed their Motion for to Amend Complaint to Change the Party Against Whom Claim is Asserted and amend the Complaint Pursuant to Trial Rule 15(C), and the Court being duly advised in the matter, now grants said Motion.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is granted leave to change the party against whom the claim is asserted to Indian Harbor Insurance Company and amend the Complaint. The Amended Complaint for Damages attached to the Motion for Leave to Amend Complaint is deemed filed as of the date of this Order and the Defendant, Indian Harbor Insurance Company, is ordered to respond to the Amended Complaint for Damages within thirty (30) days of the date of this Order.

      Dated this **November 30, 2020** _____ day of _____ 2012.


_____
JUDGE, Marion County Superior Court

DISTRIBUTION:

Reid Nahmias
Hurst Limontes, LLC.
50 South Meridian Street, Suite 600
Indianapolis, IN 46204
Rnahmias@billhurst.com

Leslie B. Pollie
Kopka Pinkus Dolin PC
550 Congressional Blvd.,
Suite 310
Carmel, IN 46032
lbpollie@kopkalaw.com

STATE OF INDIANA    )     IN THE MARION COUNTY SUPERIOR COURT
   ) SS:
COUNTY OF MARION    )     CAUSE NO. 49D04-2011-CT-039640

MARK DOJKIC and    )
DEBRA DOJKIC,    )
   )
     Plaintiffs,    )
   )
vs.    )
   )
INDIAN HARBOR INSURANCE    )
COMPANY    )
   )
     Defendant.    )

## AMENDED COMPLAINT FOR DAMAGES

The Plaintiffs, by counsel, for their Complaint for Damages against the Defendant, states the following:

1.    At all times relevant to this action the Plaintiffs, Mark and Debra Dojkic, were residents of Indianapolis, Marion County, Indiana.

2.    Defendant Indian Harbor Insurance Company (herein "Indian Harbor") is a corporation having its principal place of business in Marion County, Indiana and at all times relevant provided insurance coverage for Mark Dojkic as well as the automobile which Mark was driving.

3.    On or about April 1, 2019, Mark was the driver of a motor vehicle traveling southbound on Graham Road in Indianapolis, Marion County, Indiana.

4.    At said time and place John A. Trump was operating a motor vehicle northbound on Graham Road Street; Mr. Trump negligently attempted to make a left hand turn onto Commerce Parkway West Drive, striking Mark's vehicle and causing serious injury to him.

5.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Mark suffered personal injury resulting in pain and suffering and his injuries may be permanent in nature.

6.      In order to treat these injuries, Mark was required to engage the services of hospitals and medical practitioners and incurred medical expenses; he may continue to incur medical expenses for care in the future, all as a direct and proximate result of the negligence of John A. Trump.

7.      As a proximate result of his injuries, Mark has missed work and may miss work in the future.

8.      At the time of the incident Mark and Debra Dojkic were husband and wife; as a result of Mark's injuries, Debra lost the legal services of her husband.

9.      As a direct and proximate result of the carelessness and negligence of John A. Trump, Plaintiffs have been damaged.

10.     At all times pertinent, John A. Trump was insured by Allstate Insurance Company (herein "Allstate") with liability limits of $50,000.

11.     At the time of the incident, Plaintiffs and their vehicle were insured by Indian Harbor under several Policies, including but not limited to Policy numbers: RAD5000562, RAD5000549, and RAD5000610, which provided underinsurance coverage and other benefits (hereinafter "Contract for Insurance").

12.     On or about December 18, 2019, Allstate tendered an offer to settle Plaintiffs claims against their insured, John A. Trump, for its policy limits which Plaintiffs accepted in exchange for a release of liability as approved by Indian Harbor and/or their agents.

13.     The value of Plaintiffs personal injury and damages caused as a result of John A. Trump's negligence exceeds the sum of $50,000.

14.     At the time of the accident, John A. Trump was an underinsured motorist; and, therefore, Indian Harbor's underinsurance and other coverages, including medical payments coverage, are hereby claimed by Plaintiffs.

15.     Indian Harbor is liable for the Plaintiffs' damages under the terms and conditions of the Contract for Insurance.

WHEREFORE, Plaintiffs prays for judgment against the Defendant, Indian Harbor, in an amount commensurate with the evidence of their damages, costs of this action and all other relief proper in the premises.

Respectfully Submitted,

HURST LIMONTES, LLC

/s/ Reid A. Nahmias
Reid A. Nahmias (#30785-29)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
RNahmias@billhurst.com
Attorneys for Plaintiffs


HURST LIMONTES, LLC

/s/ Alexander J. Limontes
Alexander J. Limontes (#27226-49)
50 South Meridian Street, Suite 600
Indianapolis, IN  46204
(317)636-0808 phone
(317)633-7680 facsimile
ALimontes@billhurst.com
Attorneys for Plaintiffs

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D04-2011-CT-039640 |

|  |  |
|---|---|
| MARK DOJKIC and | ) |
| DEBRA DOJKIC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| INDIAN HARBOR INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | ) |

**TO DEFENDANT:  Indian Harbor Insurance Company**
c/o CT Corporation System, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiffs and in the Court indicated above.

The nature of the suit against you is stated in the Complaint, which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiffs.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___12/1/2020_____    _____*Mylen A. Eldridge*_____ (Seal)
Clerk, Marion County Court

**(The following manner of service of Summons is hereby designated.)**

__XX__ Registered or certified mail.
_____Service at place of employment, to-wit: _____
_____Service on individual - (Personal) at above address
_____Service on agent. (Specify) _____
_____Other service.  (Specify) _____

Reid A. Nahmias (#30785-29)
Alexander J. Limontes (#27226-49)
HURST LIMONTES, LLC
50 South Meridian Street, Suite 600
Indianapolis, Indiana  46204
317-636-0808  FAX:  317-633-7680

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served this Summons on the _____ day of _____, 20__:

(1)  By delivering a copy of the Summons and a copy of the Complaint to the Defendant at the above address.

(2)  By leaving a copy of the Summons and a copy of the Complaint at the above address;

(3)  Other Service or Remarks: _____

_____

_____                _____

Sheriff's Costs                                                            Sheriff

                                                    By: _____

                                                            Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 20__ I mailed a copy of this Summons and a copy of the Complaint to the Defendant, _____, by certified mail, requesting a return receipt, at the address furnished by the Defendant.

Dated: _____                _____

                                                            Clerk, Marion County Court

                                                    By: _____

                                                            Deputy

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____, was accepted by _____, on behalf of said Defendant, on the _____ day of _____, 20___.

Dated: _____      _____

                                                    Clerk, Marion County Court

                                    By: _____

                                            Deputy

Filed: 12/3/2020 3:19 PM
Clerk
Marion County, Indiana

95110

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT NO. 4 |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | |

MARK DOJKIC and DEBRA DOJKIC )
)
    Plaintiffs, )
)
v. )  CAUSE NO.: 49D04-2011-CT-39640
)
INDIAN HARBOR INSURANCE )
COMPANY, )
)
    Defendant. )

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:   Initiating:_____   Responding:   X   Intervening: _____

1.    The undersigned attorney appears in this case for the following party member:

**Defendant, Indian Harbor Insurance Company**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

Leslie B. Pollie               Atty. No.    25716-49
KOPKA PINKUS DOLIN PC    Telephone:  (317) 818-1360
550 Congressional Boulevard    Facsimile:   (317) 818-1390
Suite 310                   Email:       lbpollie@kopkalaw.com
Carmel, IN 46032

**IMPORTANT:** Each attorney specified on this Appearance:

(a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    Case Type requested under Administrative Rule 8(b)(3):  **N/A**

4.      I will accept service by fax at the above noted number:  **No**

I will accept service by email at the above noted address:  **Yes**

5.      This case involves child support issues:  **No**

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.      This case involves a petition for involuntary commitment:  **No**

8.      Are there related cases:  **No**

9.      Additional information required by local rule:  **No**

10.     Are there other party members:  **No**

11.     This form has been served on all other parties and a Certificate of Service is attached.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By:     */s/ Leslie B. Pollie*_____
Leslie B. Pollie (#25716-49A)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Reid A. Nahmias
Alexander Limontes
Hurst Limontes, LLC
50 S. Meridian Street, Suite 600
Indianapolis, IN 46204
Rnahmias@billhurst.com
Alimontes@billhurst.com

*/s/ Leslie B. Pollie*_____
Leslie B. Pollie

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.

2

Suite 310
Carmel, IN  46032
(317) 814-4049
Fax:  (317) 818-1390
Email: lbpollie@kopkalaw.com

Filed: 12/6/2020 3:19 PM
Clerk
Marion County, Indiana

95110

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT NO. 4 |
| | ) SS: | |
| COUNTY OF MARION | ) | |

| | | |
|---|---|---|
| MARK DOJKIC and DEBRA DOJKIC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 49D04-2011-CT-39640 |
| | ) | |
| INDIAN HARBOR INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT INDIAN HARBOR INSURANCE'S**
## **NOTICE OF AUTOMATIC ENLARGEMENT**

Defendant, Indian Harbor Insurance Company, by counsel, Leslie B. Pollie and Kopka

Pinkus Dolin PC, respectfully moves the Court for the automatic enlargement of time to respond

to the Plaintiffs' Complaint for Damages to and including Monday, January 4, 2021, pursuant to

Ind. Trial Rule 6(B)(1) and Marion County Local Rule 203 (D), and would show the Court:

1.　　　That no prior extensions have been requested.

2.　　　That said Defendant has had insufficient opportunity to make such investigation

and preparation as is necessary to answer the allegations contained in Plaintiffs' Complaint for

Damages.

3.　　　That such extension of time is necessary to undertake such investigation and

preparation.

4.　　　That the instant Motion has not been interposed for the purpose of undue delay.

5.　　　That Plaintiffs' counsel has no objection this automatic enlargement.

6.　　　The date to which said extension of time would automatically extend is Monday,

January 4 2021.

1

**WHEREFORE**, Defendant, Indian Harbor Insurance Company files its Notice of Automatic Enlargement of Time to and including Monday, January 4, 2021, within which to answer or otherwise plead to Plaintiffs' Complaint for Damages.

Respectfully submitted:

KOPKA PINKUS DOLIN PC

By:   */s/ Leslie B. Pollie*
      Leslie B. Pollie (#25716-49A)

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Reid A. Nahmias
Alexander Limontes
Hurst Limontes, LLC
50 S. Meridian Street, Suite 600
Indianapolis, IN 46204
Rnahmias@billhurst.com
Alimontes@billhurst.com

*/s/ Leslie B. Pollie*
Leslie B. Pollie

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
(317) 814-4049
Fax:  (317) 818-1390
Email: lbpollie@kopkalaw.com

FILED
November 30, 2020
CLERK OF THE COURT
MARION COUNTY
CF

STATE OF INDIANA   )   IN THE MARION COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF MARION   )   CAUSE NO. 49D04-2011-CT-039640


MARK DOJKIC and               )
DEBRA DOJKIC,                 )
                              )
        Plaintiffs,           )
                              )
vs.                           )
                              )
INDIAN HARBOR INSURANCE       )
COMPANY                       )
                              )
        Defendant.            )


## ORDER GRANTING MOTION TO AMEND COMPLAINT TO CHANGE THE PARTY AGAINST WHOM CLAIM IS ASSERTED PURSUANT TO TRIAL RULE 15(C)

Plaintiffs, Mark and Debora Dojkic, by counsel, having filed their Motion for to Amend Complaint to Change the Party Against Whom Claim is Asserted and amend the Complaint Pursuant to Trial Rule 15(C), and the Court being duly advised in the matter, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is granted leave to change the party against whom the claim is asserted to Indian Harbor Insurance Company and amend the Complaint. The Amended Complaint for Damages attached to the Motion for Leave to Amend Complaint is deemed filed as of the date of this Order and the Defendant, Indian Harbor Insurance Company, is ordered to respond to the Amended Complaint for Damages within thirty (30) days of the date of this Order.

Dated this **November 30, 2020** _____ day of _____ 2012.


_____
JUDGE, Marion County Superior Court

DISTRIBUTION:

Reid Nahmias
Hurst Limontes, LLC.
50 South Meridian Street, Suite 600
Indianapolis, IN 46204
Rnahmias@billhurst.com

Leslie B. Pollie
Kopka Pinkus Dolin PC
550 Congressional Blvd.,
Suite 310
Carmel, IN 46032
lbpollie@kopkalaw.com